## MYERS v. UNITED STATES.

---

### WRIT OF ERROR; JUVENILE COURT.

A writ of error to the juvenile court of the District of Columbia will be denied, when not applied for within the time limited therefor.

No. 385.  Original Docket.  Submitted May 1, 1912.  Decided May 6, 1912.

APPLICATION for a writ of error to the Juvenile Court of the District of Columbia.                          *Writ denied.*

*Mr. C. M. Fulton* and *Mr. T. M. Wampler* for petitioner.

No appearance opposed.

PER CURIAM:  The application, not having been applied for within ten days, as required by sec. 3 of rule 25, from the judgment and sentence, cannot, for that reason, be granted.

*Writ denied.*